# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2014

Robert P. Young, Jr.,
Chief Justice

148155

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                 SC: 148155
                                                 COA: 313029
                                                 Berrien CC: 12-002737-FH

CHARLES THOMAS GUINN, III,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the October 1, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2014


                                           Clerk

h0224